IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DANIEL CAOUETTE,

      Plaintiff,

vs.                                  No. CV 17-00523 MCA/KRS

BERNALILLO COUNTY METROPOLITAN DETENTION CENTER,

      Defendant.

## ORDER TO CURE DEFICIENCY

Plaintiff Daniel Caouette has filed a Motion for Copies Free Process, in which he requests to proceed *in forma pauperis.* (Doc. 13). The Court determines that Plaintiff's submission is deficient because it is not in proper form and does not include the information necessary for the Court to determine whether Plaintiff may proceed *in forma pauperis* in federal court under 28 U.S.C. § 1915. Plaintiff must cure this deficiency within thirty (30) days from entry of this Order by submitting an Application to Proceed in District Court Without Prepaying Fees or Costs including a certified copy of Plaintiff's inmate account statement for the 6-month period immediately preceding this filing. *See* 28 U.S.C. § 1915(a)(2). Failure to cure the designated deficiency within thirty (30) days from entry of this Order may result in denial of Plaintiff's Motion for Copies Free Process without further notice.

IT IS ORDERED that within thirty (30) days of entry of this Order, Plaintiff submit an Application to Proceed in District Court Without Prepaying Fees or Costs that includes a certified copy of Plaintiff's inmate account statement for the 6-month period immediately preceding this filing; and the Clerk is directed to mail to Plaintiff a copy of this order and 2

copies of an Application to Proceed in District Court Without Prepaying Fees or Costs with instructions.

_____
UNITED STATES MAGISTRATE JUDGE