# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

DANIEL P. CAOUETTE,

    Plaintiff,

vs.                                              No. CV 17-00523 MCA/KRS

BERNALILLO COUNTY METROPOLITAN
DETENTION CENTER and STATE OF NEW
MEXICO,

    Defendants.

## ORDER GRANTING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915(b)

**THIS MATTER** is before the Court upon Plaintiff's Motion for Copies Free Process (Doc. 13), Application to Proceed Without Prepayment of Fees and Costs (Doc. 16), and six-month inmate account statement (Doc. 19). This case was removed from State Court and the initial filing fee was paid by the removing Defendant. However, Plaintiff has sought leave to proceed *in forma pauperis* for purposes of any other fees or costs of this proceeding. The Court has reviewed Plaintiff's Application and six-month inmate account statement and determines that Plaintiff is unable to pay fees or costs or to give security therefore, and the Court will grant Plaintiff's Application under 28 U.S.C. § 1915(b).

In his Motion for Copies Free Process, filed August 21, 2017, Plaintiff asks the Court for any documents numbered "13 or higher." (Doc. 13). When filed, however, Plaintiff's motion was docketed as document 13 and was the "highest" numbered document on the docket. Plaintiff also requests any rulings on his motions. To date, the instant order is the only such ruling. Accordingly, the only document which meets the requirements set forth in Plaintiff's motion, as well as the filing timeframe, is Plaintiff's Motion for Copies Free Process.

1

**IT IS, THEREFORE, ORDERED** that the Application to Proceed Without Prepayment of Fees and Costs filed by Plaintiff Daniel Caouette (Doc. 16) is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Copies Free Process (Doc. 13) is **GRANTED**. The Clerk is directed to mail to Plaintiff a copy of this order and a copy of his Motion for Copies Free Process (Doc. 13).

_____
UNITED STATES MAGISTRATE JUDGE